# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 19-80-UNA |
| v. | |
| STEPHEN SCOTT LANDES, | |
| Defendant. | |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about May 9, 2018, in the District of Delaware, and elsewhere, the defendant, STEPHEN SCOTT LANDES, through the use of the telephone or other instruments of interstate or foreign commerce, maliciously conveyed false information knowing the same to be false, concerning an attempt being made, or to be made, to kill, injure, and intimidate any individual, and to unlawfully damage and destroy any building or other real or personal property, by means of fire or an explosive, concerning a bomb in the Georgetown Elementary School, all in violation of Title 18, United States Code, Section 844(e).

### NOTICE OF FORFEITURE

Upon conviction of Count One of this Information, STEPHEN LANDES, shall forfeit to the United States, (1) any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) & (G); and (2) any property involved in these offenses, including explosives, pursuant to Title 18, United States Code, Section 844(c), 981(a)(1)(G) and Title 28, United States Code, Section 2461.

If any of the property described above as being subject to forfeiture, as a result of any act

or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;
    (b) has been transferred or sold to, or deposited with, a third party;
    (c) has been placed beyond the jurisdiction of the court;
    (d) has been substantially diminished in value; or
    (e) has been commingled with other property which cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21 United States Code, Section 853(p).

                                              DAVID C. WEISS
                                              UNITED STATES ATTORNEY

                                      By: /s/ Adrienne Dedjinou
                                              Adrienne Dedjinou
                                              Assistant United States Attorney

Dated: June 11, 2019